IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| GWENDA G. MOORE and R. WILTON, MOORE, | Civil Action No. 4:16-cv-00293-FL |
| Plaintiffs, | |
| vs. | |
| SETERUS, INC.; FEDERAL NATIONAL MORTGAGE ASSOCIATION; THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK and TRUSTEE SERVICES OF CAROLINA, LLC, | ORDER |
| Defendants. | |

THIS MATTER comes before the Court upon the Joint Motion to Stay Discovery Scheduling Order filed by Plaintiffs, Gwenda G. Moore and R. Wilton Moore, and Defendants, Seterus, Inc., Federal National Mortgage Association, and the Bank of New York Mellon f/k/a The Bank of New York. The Court has reviewed the record in this matter and finds that there is good cause to allow the motion.

IT IS THERFORE ORDERED that for good cause shown, the motion is allowed and the deadlines and requirements of the Scheduling Order are hereby stayed, pending further orders of the Court.

This the  20th  day of January, 2017.

_____
THE HONORABLE LOUISE W. FLANAGAN
United States District Judge