UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

GWENDA G. MOORE and          )
R. WILTON MOORE              )
                Plaintiff,   )
                             )
v.                           )          **JUDGMENT**
                             )
                             )          No. 4:16-CV-293-FL
SETERUS, INC., FEDERAL NATIONAL )
MORTGAGE ASSOCIATION, THE BANK)
OF NEW YORK MELLON, TRUSTEE  )
SERVICES OF CAROLINA, LLC    )
                Defendant.   )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motion to dismiss, pursuant to Federal Rule of Civil Procedure 12(b)(6).

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 15, 2017, and for the reasons set forth more specifically therein, that defendants' Seterus, Fannie Mae and Bank of New York's motion to dismiss is GRANTED. Because Plaintiff's claims against defendant Trustee Services are derivative of plaintiffs claims against other defendants, plaintiff's claims against defendant Trustee Services are also dismissed with prejudice.

**This Judgment Filed and Entered on August 15, 2017, and Copies To:**
Russell Clayton Alexander, Christopher B. Karlsson, Renner Jo St. John (via CM/ECF Notice of Electronic Filing)


August 15, 2017                PETER A. MOORE, JR., CLERK
                                 /s/ Sandra K. Collins
                               (By) Sandra K. Collins, Deputy Clerk